Patrick J. Geile
Foley Freeman PLLC
953 S. Industry Way
P.O. Box 10
Meridian, Idaho 83680
Tel: 208-888-9111
Fax: 208-888-5130
pgeile@foleyfreeman.com
Idaho State Bar No. 6975

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**
**SOUTHERN DIVISION**

| | |
|---|---|
| PETER BERKEY-SILVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-00026-REB |
| ) | |
| CAPITAL ONE BANK (USA) N.A., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, PETER BERKEY-SILVERS, ("Plaintiff"), through his attorney, Foley Freeman PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CAPITAL ONE BANK (USA) N.A.

                                            Respectfully submitted,
                                            FOLEY FREEMAN PLLC

March 15, 2018              By: /s/ Patrick J. Geile
                                     Patrick J. Geile

## **CERTIFICATE OF SERVICE**

On March 15, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Erin Hoffman, at erin.hoffman@faegrebd.com.

By: /s/ Patrick J. Geile
      Patrick J. Geile